## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JORGE E. ALMA,** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | **Case No.: 1:08-cv-1702 (HHK)** |
| **v.** | **:** | |
| | **:** | |
| **DISTRICT OF COLUMBIA,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |
| ———————————————— | **:** | |

### JOINT MOTION TO REFER MATTER TO MEDIATION AND TO CONTINUE THE DEADLINE FOR FILING DISPOSITIVE MOTIONS AND THE STATUS HEARING

The parties, by and through undersigned counsel, jointly move this Honorable Court to

refer this case to mediation and to continue the deadline for filing dispositive motions and the

March 26, 2010 status hearing.

In support of this motion, the parties respectfully refer the Court to the accompanying

Memorandum of Points and Authorities.

Respectfully submitted,

*Attorney for Plaintiff*

/s/ Michael P. Deeds
Michael P. Deeds [466815]
1012—14th Street, N.W., Suite 630
Washington, DC 20005
(202) 347-4481 (telephone)
(202) 347-4482 (fax)
mikedeeds@juno.com

*Attorneys for Defendant*

PETER J. NICKLES
Attorney General for the District of
Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Darrell Chambers
DARRELL CHAMBERS [980972]
Acting Chief, General Litigation Section

/s/ Lucy Pittman
Lucy Pittman [483416]
Assistant Attorney General

441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
(202) 442-9891 (phone)
(202) 730-1436 (fax)
lucy.pittman@dc.gov

**CERTIFICATE PURSUANT TO LOCAL RULE 7(m)**

Pursuant to Local Rule 7(m), undersigned counsel discussed the relief sought herein with

the plaintiff's counsel.  The plaintiff joins in the relief sought herein.

/s/ Lucy Pittman
Lucy Pittman
Assistant Attorney General

**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JORGE E. ALMA, | : |
| | : |
| **Plaintiff,** | : |
| | :   **Case No.: 1:08-cv-1702 (HHK)** |
| v. | : |
| | : |
| DISTRICT OF COLUMBIA, | : |
| | : |
| **Defendant.** | : |
| _____ | : |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE JOINT
MOTION TO REFER MATTER TO MEDIATION AND TO CONTINUE THE
DEADLINE FOR FILING DISPOSITIVE MOTIONS AND THE STATUS HEARING**

The parties, by and through undersigned counsel, respectfully move this Honorable Court

to refer this matter to mediation and to continue the deadline for dispositive motions and the

March 26, 2010 status hearing.  In support the parties state:

1.      Plaintiff Alma filed the instant action claiming he was subjected to discrimination

in connection with his employment with the Defendant District of Columbia.  The parties

worked cooperatively to complete discovery in this matter and now seek to have the matter

referred to either a Magistrate Judge or the Court's alternative dispute resolution for the purposes

of mediation.

2.      The parties believe that mediation may be fruitful in this matter and seek to

continue the upcoming deadlines until after mediation has been completed.  Accordingly, the

parties seek to vacate the deadline for filing dispositive motions, currently set for March 12,

2010.  In addition, the parties seek to continue the status hearing, currently set for March 26,

2010.

3.      The parties propose: (a) that this matter be referred to mediation for a six week period; (b) a status hearing be held after mediation; and (c) that the deadline for dispositive motions be set shortly after mediation.[1]

4.      Neither party will be prejudiced by this proposed change in the schedule; the parties move jointly in seeking this change.  Moreover, a referral to mediation and continuance of the dispositive motions deadline should not unduly delay the Court's schedule, as the parties may be able to resolve this matter without the need for further motions or litigation.

WHEREFORE, the parties request that the Court grant its motion to refer this matter to mediation and to continue the upcoming deadlines until after the completion of mediation.

Respectfully submitted,

*Attorney for Plaintiff*

/s/ Michael P. Deeds
Michael P. Deeds [466815]
1012—14th Street, N.W., Suite 630
Washington, DC 20005
(202) 347-4481 (telephone)
(202) 347-4482 (fax)
mikedeeds@juno.com

*Attorneys for Defendant*

PETER J. NICKLES
Attorney General for the District of
Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Darrell Chambers
DARRELL CHAMBERS [980972]
Acting Chief, General Litigation Section

/s/ Lucy Pittman
Lucy Pittman [483416]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
(202) 442-9891 (phone)
(202) 730-1436 (fax)
lucy.pittman@dc.gov

---

[1] The parties do not seek to unnecessarily delay this matter.  Accordingly, should mediation be unsuccessful, the dispositive motions deadline should be set shortly thereafter.

2

**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

JORGE E. ALMA,                    :
                                  :
          Plaintiff,              :
                                  :          Case No.: 1:08-cv-1702 (HHK)
     v.                           :
                                  :
DISTRICT OF COLUMBIA,             :
                                  :
          Defendant.              :
_____    :

**ORDER**

UPON CONSIDERATION of the Joint Motion To Refer Matter To Mediation And To

Continue The Deadline For Filing Dispositive Motions And The Status Hearing, and there being

no opposition thereto, it is this _____ day of _____ 2010 by the United

States District Court for the District of Columbia, hereby

ORDERED: that the Motion is GRANTED; and it is

FURTHER ORDERED: that this case is referred to mediation for a six week period,

between _____, 2010; and it is

FURTHER ORDERED: that the status conference set for March 26, 2010 is continued until

_____, 2010; and it is

FURTHER ORDERED: that the deadlines for dispositive motions, oppositions, and relies

are vacated and will be reset at the status hearing.

_____
HENRY H. KENNEDY
United States District Judge