UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JORGE E. ALMA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DISTRICT OF COLUMBIA,<br><br>　　　　　　Defendant. | Civil Action 08-01702  (HHK) |

**ORDER REFERRING ABOVE-CAPTIONED ACTION TO MEDIATION**

With the consent of the parties, it is this 11th day of March 2010, hereby

**ORDERED** that the above-captioned action is referred to mediation to commence on April 1, 2010 and conclude by June 1, 2010; and it is further

**ORDERED** that counsel and the parties, including persons with settlement authority, attend the mediation sessions; and it is further

**ORDERED** that the Clerk of the Court is directed to furnish a copy of this order to the Circuit Executive for the purpose of assigning a mediator; and it is further

**ORDERED** that if the case settles in whole or in part, counsel shall promptly advise the Court of the settlement by filing a stipulation.

　　　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge